

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00263-CV

IN THE ESTATE OF LONNIE K. LEDBETTER, JR., DECEASED

§ On Appeal from County Court at Law

§ of Hood County (P10686)

§ December 11, 2025

§ Memorandum Opinion by Justice Womack

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's temporary injunction order. It is ordered that paragraphs two through eight of the enjoined activities in the trial court's temporary injunction order are reversed in their entirety. It is further ordered that paragraph one of the enjoined activities in the trial court's temporary injunction order is reversed with respect to all accounts that are not specifically identified. We remand the case to the trial court for further proceedings consistent with our opinion.

It is further ordered that each party shall bear its own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
    Justice Dana Womack